*Kevin H. Sharp* (signature)

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:13-00001-1 |
| ) | Hon. Kevin H. Sharp |
| ) | |
| HOWARD GAY ) | |

## UNOPPOSED MOTION TO EXCUSE
## DEFENDANT'S PRESENCE AT STATUS CONFERENCE

Comes now the defendant, Howard Gay, by and through counsel and respectfully requests this Honorable Court excuse his presence at the scheduled status conference on September 16, 2013 at 1:30 p.m. In support of this motion the defendant says:

This Court scheduled a status conference for September 16, 2013 at 1:30 p.m. (D.E. 75). By *ex parte* filing, the defendant has requested additional funding for further competency evaluation, which request is pending.

Counsel for the government, Mr. Abely, has advised undersigned counsel that the government has no objection to the defendant being excused from being present for the status conference. Undersigned counsel intends to be present for the status conference.

WHEREFORE, Howard Gay respectfully requests to be excused from appearing in Court on September 16, 2013 for the status conference in this case.

Respectfully submitted:

*s/ William I. Shockley,* BPR 26137
Attorney for Howard Gay
4505 Harding Road, Ste. 126
Nashville, Tennessee 37205