UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1:13-00001 |
| | ) | JUDGE SHARP |
| HOWARD GAY | ) | |
| THOMAS HARDIMAN | ) | |
| WALTER WOOTEN | ) | |
| PHILLIP HEIDEKKER | ) | |

## O R D E R

A status conference in this matter is hereby scheduled for Monday, March 24, 2014, at 1:30 p.m.

It is so ORDERED.

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE