UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NO. 1:13-00001 |
| | ) | JUDGE SHARP |
| HOWARD GAY [1] | ) | |
| | ) | |

### O R D E R

Pending before the Court is Defendant's Unopposed Motion to Continue Sentencing (Docket No. 126).

The motion is GRANTED and the sentencing hearing scheduled for August 8, 2014, at Friday, September 19, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE