# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.: 1:13-cr-00001 |
| ) | CHIEF JUDGE SHARP |
| HOWARD GAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER DIRECTING CLERK TO PAY OVER MONIES RECEIVED FOR FORFEIUTRE

Based on the representations of the United States, it is hereby **Ordered** that the Clerk of the Court for the Middle District of Tennessee turnover all present and future forfeiture funds received in the above-styled case from defendant Howard Gay to the United States Marshals Service.

**SO ORDERED** this 38yj "f c{ "qh'Cr tkn"42370

_____
**KEVIN H. SHARP**
CHIEF DISTRICT JUDGE